# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | ) Case No.  **21-cr-3206-JLS** |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **CRISTIAN PEREZ (2),** | ) |
| **LILYANA SANCHEZ (3),** | ) |
| Defendants. | ) |

**IT IS HEREBY ORDERED** after appropriate inquiry and good cause being shown that the Sentencing Hearings in the above-captioned case for Lilyana Sanchez (3) and Cristian Perez (2) are continued from August 5, 2022 at 9:00AM for Ms. Sanchez and August 12, 2022 at 9:00AM for Mr. Perez to October 21, 2022 at 9:00AM. Defendants shall file an acknowledgment within one week of this order.

**SO ORDERED.**

Dated: August 2, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge